```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA           )
                                   )
               v.                  )  09-CR-30017-MAP
                                   )
STEPHEN S. CROOKER, ET AL.         )


MEMORANDUM

September 15, 2009

PONSOR, D.J.

At the status conference in this case on September 9, 2009, counsel for Defendant Stephen Crooker expressed concern about correspondence that the court might have been receiving from Defendant's brother, Michael Crooker, who is serving a sentence following conviction in United States of America v. Crooker, 04-CR-30034-MAP, now on appeal.  Michael Crooker is also charged in a separate indictment, 07-cr-30038-MAP, which is pending before this court.

As noted during the conference, the court has repeatedly requested that Michael Crooker conduct his communications with the court through counsel.  This request has been respected in general, but occasional missives continue to appear.  The court has not responded, and nothing in the documents will be

considered by the court in any way in regard to Stephen Crooker. Moreover, nothing in the material sent by Michael Crooker has generated any subjective prejudice against Michael Crooker's brother, Defendant Stephen Crooker.

In an abundance of caution, however, the court has attached to this memorandum copies of material sent by Michael Crooker. It is ordered that this memorandum, along with the attached documents, be distributed to counsel of record in the case involving Michael Crooker now before the court, and in the separate case involving Stephen Crooker also now before the court.

It is So Ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
United States District Judge